**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Gwen E. Scott, SBN 238305
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
MKD GERITOWNE PARTNERS, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL LOSKOT, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>TERIYAKI KITCHEN; JOHN L. WEISSBERG, an individual dba TERIYAKI KITCHEN; and MKD GERITOWNE PARTNERS, L.P., a Delaware limited partnership<br><br>    Defendants.<br>_____ | **CASE NO. 2:07-CV-1094-FCD-GGH**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO COMPLETE DISCOVERY** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARSHAL LOSKOT, and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, and Defendant MKD GERITOWNE PARTNERS, L.P., by and through the undersigned, that the parties have agreed to a ninety (90) day extension of time to complete discovery from the current March 11, 2008 deadline. All parties will now have until June 9, 2008 to complete discovery within the meaning of the court's pre-trial order.

/ / /

/ / /

/ / /

Dated: January 18, 2008              PORTER SCOTT
                                     A PROFESSIONAL CORPORATION


                                     By  /s/ *Gwen E. Scott*
                                             Jennifer E. Duggan
                                             Gwen E. Scott
                                             Attorneys for Defendant MKD GERITOWNE
                                             PARTNERS, L.P.

Dated: January 15, 2008              THOMAS E. FRANKOVICH
                                     *A PROFESSIONAL LAW CORPORATION*


                                     By: /s/ *Jennifer L. Steneberg*
                                             Jennifer L. Steneberg
                                             Attorneys for Plaintiffs MARSHALL
                                             LOSKOT and DISABILITY RIGHTS,
                                             ENFORCEMENT, EDUCATION,
                                             SERVICES:  HELPING YOU HELP
                                             OTHERS

**IT IS SO ORDERED.**

DATED: January 18, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE