THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs MARSHALL LOSKOT
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL LOSKOT, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>TERIYAKI KITCHEN; MKD GERITOWNE PARTNERS, L.P., a Delaware limited partnership<br><br>  Defendants. | **CASE NO. CV-07-01094-FCD-GGH**<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO AMEND THE COMPLAINT** |

   IT IS HEREBY STIPULATED by the parties hereto that plaintiffs may file a First Amended Complaint naming Homin Hwang and Hyuk Jong Kwon as defendants.  The parties are informed and believe that Homin Hwang and Hyuk Jong Kwon were the operators of the public accommodation known as Teriyaki Kitchen on the dates of plaintiff Marshall Loskot's visits thereto, and as such, said individuals are proper parties to this action.

   IT IS FURTHER STIPULATED that defendant MKD Geritowne Partners, L.P., shall not be required to answer the amended complaint, and that all denials, responses and affirmative defenses contained in the answer filed by MKD Geritowne Partners, L.P., to the original complaint shall be responsive to the amended complaint.

///

1  IT IS FURTHER STIPULATED that this stipulation may be signed in counterparts and
2 sent by facsimile with the same force and effect of an original signature.
3  IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 25, 2008 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
| | By:  /s/ Jennifer L. Steneberg<br>     Jennifer L. Steneberg<br>Attorneys for Plaintiffs MARSHALL LOSKOT and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:  HELPING YOU HELP OTHERS |
| Dated: January 25, 2008 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
| | By  /s/ Gwen E. Scott<br>    Gwen E. Scott<br>Attorneys for Defendant MKD GERITOWNE PARTNERS, L.P. |

**ORDER**

Plaintiff shall file the amended complaint in compliance with this stipulation and order within ten (10) days of this order.

IT IS SO ORDERED.

Dated: January 29, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE