1 THOMAS E. FRANKOVICH (State Bar No. 074414)
2 THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
3 2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
4 Facsimile:     415/674-9900

5 Attorneys for Plaintiffs MARSHALL LOSKOT
and DISABILITY RIGHTS ENFORCEMENT,
6 EDUCATION SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHAL LOSKOT, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>TERIYAKI KITCHEN; MKD GERITOWNE PARTNERS, L.P., a Delaware limited partnership; and HOMIN HWANG and HYUK JONG KWON, individuals formerly dba TERIYAKI KITCHEN,<br><br>    Defendants. | **CASE NO. CV-07-01094-FCD-GGH**<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

STIPULATION AND ORDER OF DISMISSAL

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: July 2, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
Thomas E. Frankovich
Attorneys for Plaintiffs

Dated: June 30, 2008

PORTER | SCOTT
A PROFESSIONAL CORPORATION

By: _____/s/_____
Jennifer E. Duggan
Kayla Villa
Attorneys for Defendants

### **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: July 2, 2008

_____
Honorable Frank C. Damrell, Jr.
UNITED STATES DISTRICT COURT JUDGE